JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DANIEL BATEMAN,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>Defendants. | Case No. 8:25-cv-02696-DFM<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND REQUIRING FILING OF DISMISSAL |

On October 13, 2026, the parties filed a Joint Notice of Settlement, advising the Court that the parties have settled this case. See Dkt. 24. The parties request the Court vacate all upcoming hearings and deadlines, retain jurisdiction to enforce the settlement, and set a Dismissal Status Hearing in ninety (90) days to ensure completion of settlement. See id.

Accordingly, the Court hereby orders all proceedings in this case stayed pending final settlement. It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **ninety (90) days**, to reopen the action if settlement is not consummated. The parties shall file a stipulation of dismissal and/or a renewed request for a Dismissal Status Hearing no later than **January 11, 2027**. If no dismissal or request for a hearing is filed, the Court will deem the matter dismissed at that time.

///

The Court retains full jurisdiction over this action, and this order shall not prejudice any party in the action.

Date: October 22, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge